IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TALLADEGA COUNTY COMMISSION, *et al.*, | ] ] ] |
| Plaintiffs, | ] ] |
| v. | ] CASE NO.: 1:15-cv-2337-KOB ] |
| CITY OF LINCOLN, et al., | ] ] |
| Defendants. | ] ] |

## ORDER TO SHOW CAUSE

This matter comes before the court on the Defendants' three Motions to Dismiss filed in this case. (Docs. 9, 11, and 12). The Defendants provide *numerous* reasons why this court should dismiss this case in its entirety under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The Defendants' arguments regarding the Plaintiffs' claims appear well taken.

Accordingly, the court **Orders the Plaintiffs to Show Cause in writing on or before Tuesday, February 16, 2016:** (1) why the court does not lack jurisdiction over Count 1 because of the Tax Injunction Act and the precedent cited by the Defendants; (2) why the individual Defendants are not immune from suit; (3) why the court should not dismiss this case for lack of standing; and (4) why count II does not fail to state a claim in light of *Holt Civic Club v. City of Tuscaloosa*, 439 U.S. 60 (1978) ("Alabama's police jurisdiction statutes violate neither the Equal Protection Clause nor the Due Process Clause of the Fourteenth Amendment") and *City of Robertsdale v. Baldwin County*, 538 So. 2d 33 (Ala. Civ. App. 1988) (holding that a "city's ordinance requiring procurement of a building permit prior to construction of a building within

1

the city's police jurisdiction was a valid exercise of police power granted to the city by § 11-40-10.").

DONE and ORDERED this 29th day of January, 2016.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE