IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TALLADEGA COUNTY COMMISSION, *et al.*, | ] |
| Plaintiffs, | ] |
| v. | ] CASE NO.: 1:15-cv-2337-KOB |
| CITY OF LINCOLN, et al., | ] |
| Defendants. | ] |

## ORDER

This matter comes before the court on the Plaintiffs' "Notice of Dismissal of some Defendants." (Doc. 16). Pursuant to Rule 41(a)(1)(A)(i), the court **DISMISSES** all of the Plaintiffs' claims against Defendants Luther J. Strange III, Robert Bentley, Julie P. Magee, and Thomas L. White, Jr. **WITHOUT PREJUDICE**. The court **DISMISSES WITHOUT PREJUDICE** Luther J. Strange III, Robert Bentley, Julie P. Magee, and Thomas L. White, Jr. as party Defendants in this case.

Because the Plaintiffs have voluntarily dismissed their claims against Defendants Strange, Bentley, Magee, and White in this case, the court finds the motions to dismiss filed by these now dismissed defendants are **MOOT** (docs. 11 and 12).

DONE and ORDERED this 11th day of February, 2016.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE

1