FILED
2016 Feb-11 PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TALLADEGA COUNTY COMMISSION, *et al.*, ] ] ] Plaintiffs, ] ] v. ] ] CITY OF LINCOLN, et al., ] ] Defendants. ] ] | CASE NO.: 1:15-cv-2337-KOB |

## ORDER

This matter comes before the court on the filing of Plaintiffs' "Amended complaint," (doc. 17). Because the Plaintiffs have filed an Amended Complaint in this case, the court finds the City of Lincoln's motion is **MOOT**. (Doc. 9). Pursuant to Rule 15(a)(3), the City must respond to the Plaintiffs' Amended Pleading on or before Thursday, February 25, 2016.

DONE and ORDERED this 11th day of February, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE